UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO ALONSO VELASQUEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>Respondents. | Case No.:  26-cv-400-RSH-BJW<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[ECF No. 5] |

On January 22, 2026, petitioner Domingo Alonso Velasquez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* at 14 ¶ 4. The Court thereafter issued a briefing schedule. ECF No. 2.

On January 28, 2026, Respondents filed a return acknowledging, in light of developments in a case in the U.S. District Court for the Central District of California, that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court

directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.[1]

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Domingo Alonso Velasquez before an immigration court pursuant to 8 U.S.C. § 1226(a) within ***fourteen (14) days*** of this order as described above. To the extent Petitioner seeks to recover fees or costs, he must do so in the manner prescribed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and the undersigned's chambers rules. Any request for fees must be made by duly noticed motion. The Court **VACATES** the hearing date set for February 12, 2026, and **DENIES** as moot the motion of Petitioner's counsel to appear for that hearing telephonically, which was e-filed as a "motion to consolidate" [ECF No. 5].

**IT IS SO ORDERED**.

Dated: January 29, 2026

_Robert S Huie_
_____
Hon. Robert S. Huie
United States District Judge

---

[1]    The Court acknowledges that Respondents filed this return eight days before it was due, allowing for the more timely disposition of this case.